**SAO**
Scott S. Poisson, Esq.
Nevada Bar No. 10188
Brian M. Boyer, Esq.
Nevada Bar No. 12185
**BERNSTEIN & POISSON**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
Email: brian@vegashurt.com
*Attorneys for Plaintiff*

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| SYLVIA WASHINGTON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., a foreign corporation; SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB #4983; JEFFREY J. GEARHART, an individual; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-01966-JAD- BNW |

### STIPULATION AND ORDER TO RESCHEDULE MOTION HEARING

The parties agree and hereby stipulate to move the hearing for Plaintiff's Motion to Remand from December 30, 2019 at 2:30 pm to any of the following dates:

- January 7, 2020 – PM
- January 8, 2020 - AM
- January 14, 2020 – AM/PM
- January 15, 2020 – PM

/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

| BERNSTEIN & POISSON | PHILLIPS, SPALLAS & ANGSTADT, LLC |
|---|---|
| /s/ Brian M. Boyer | /s/ Megan E. Wessel |
| Scott L. Poisson, Esq | Robert K. Phillips, Esq. |
| Nevada Bar No.: 10188 | Nevada Bar No.:11441 |
| Brian M. Boyer, Esq. | Megan E. Wessel, Esq. |
| Nevada Bar No.: 12185 | Nevada Bar No.: 14131 |
| 320 South Jones Blvd | 504 South Ninth Street |
| Las Vegas, Nevada 89107 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

## **ORDER**

Following the foregoing stipulation between the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that motion hearing currently set for December 30, 2019 at 2:30pm be moved to January 7, 2020, at 2:00 p.m.

_____
District Judge
Dated: 12/26/2019

Respectfully submitted by:

BERNSTEIN AND POISSON

/s/ Brian M. Boyer
Brian M. Boyer, Esq
Nevada Bar No.: 12185
320 South Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*