Scott S. Poisson, Esq.
Nevada Bar No. 10188
Amber N. King, Esq.
Nevada Bar No.: 14070
**BERNSTEIN & POISSON**
320 South Jones
Las Vegas, Nevada 89107
amber@vegashurt.com
(702) 256-4566
(702) 256-6280 fax
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| SYLVIA WASHINGTON, an individual, | Case No.:  2:19-cv-01966-JAD- BNW |
| Plaintiff, | |
| v. | **PLAINTIFF'S  MOTION TO REMOVE BRIAN M. BOYER, ESQ. FROM CAPTION AND ELECTRONIC SERVICE LIST** |
| WAL-MART STORES, INC., a foreign corporation; SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB #4983; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendant(s). | |

Plaintiff, Sylvia Washington, by and through her attorney of record, Scott L. Poisson, Esq. and Amber N. King, Esq. of the law firm of Bernstein & Poisson, hereby request that Brian M. Boyer, Esq. be removed from the caption and list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Sidebar (vertical text):* **Bernstein & Poisson** 320 S. Jones Blvd. Las Vegas, Nevada 89107 OFFICE: (702) 877-4878 FAX: (702) 256-6280

1

2

3

Brian M. Boyer, Esq. is no longer with Bernstein & Poisson. Given the remaining attorneys at Bernstein & Poisson who have appeared on behalf of Plaintiff, no party will be prejudiced by this counsel's withdrawal.

4

DATED this ___24th___ day of February, 2021.

5

Respectfully submitted,

6

**BERNSTEIN & POISSON**

7

*/s/ Amber N. King, Esq.*

8

Amber N. King, Esq.
State Bar No. 14070

9

320 S. Jones Blvd.
Las Vegas, NV 89107

10

*Attorney for Plaintiff*

11

ORDER

12

13

**IT IS SO ORDERED**

14

**DATED:** 6:04 pm, February 25, 2021

15

16

17

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

18

19

20

21

22

23

24

25

26

27

28

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877–4878 FAX: (702) 256-6280