ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| SYLVIA WASHINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a foreign corporation; SAM'S WEST, INC., a foreign corporation d/b/a SAM'S CLUB #4983; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01966-JAD-BNW<br><br>**DEFENDANT WAL-MART STORES, INC. AND SAM'S WEST, INC.'S MOTION TO REMOVE BENJAMIN J. DOYLE, ESQ. FROM CAPTION AND ELECTRONIC SERVICE LIST** |

  Defendant, Wal-Mart Stores, Inc. and Sam's West, Inc., by and through their attorney of record, Robert K. Phillips, Esq. and Megan E. Wessel, Esq. of the law firm of Phillips, Spallas & Angstadt, hereby request that Benjamin J. Doyle Esq. be removed from the caption and list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

Benjamin J. Doyle, Esq. is no longer with Phillips, Spallas & Angstadt LLC. Given the remaining attorneys at Phillips, Spallas & Angstadt LLC who have appeared on behalf of Defendant, no party will be prejudiced by this counsel's withdrawal.

DATED this 6th day of April, 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Megan E. Wessel*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
Megan E. Wessel, ESQ.
Nevada Bar No. 14131
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Walmart, Inc.*

## ORDER

**IT IS SO ORDERED**

**DATED:** 2:53 pm, April 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**